Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.

**No. 53645.**—Weigert-Dagen Shoe Company *v.* United States, protest 139975–K (Tampa).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise. consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53646.**—Wimelbacher & Rice *v.* United States, protest 129348–K (New York).

Opinion by FORD, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE FIRST DIVISION, OCTOBER 24, 1949

**No. 53647.**—R. J. Saunders & Co., Inc. *v.* United States, protest 149564–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 5 percent under paragraph 34, as amended, was therefore sustained.

BEFORE THE SECOND DIVISION, OCTOBER 24, 1949

**No. 53648.**—Collin & Gissel *v.* United States, protests 122945–K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vertical field balances and parts thereof similar in all material respects to the merchandise the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058) and *American Askania Corporation* v. *United States* (21 id. 26, C. D. 1121), the claim of the plaintiff was sustained.